United States District Court
Eastern District of New York                    1:21-cv-04992-ARR-LB

| | |
|---|---|
| Barbara Sobel, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Molekule, Inc., | |
| Defendant | |

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 7, 2022

                                                    Respectfully submitted,

                                                    Sheehan & Associates, P.C.

                                                    /s/Spencer Sheehan
                                                  Spencer Sheehan
                                                  60 Cuttermill Rd Ste 409
                                                  Great Neck NY 11021-3104
                                                  Tel: (516) 268-7080
                                                  Fax: (516) 234-7800
                                                  spencer@spencersheehan.com

Certificate of Service

I certify that on January 7, 2022, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan