United States District Court
Eastern District of New York

1:21-cv-04992-ARR-LB

Barbara Sobel, individually and on behalf of all others similarly situated,

                       Plaintiff,

        - against -

Molekule, Inc.,

                       Defendant

Notice of Voluntary Dismissal

      Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 7, 2022

                                            Respectfully submitted,

                                            Sheehan & Associates, P.C.

                                            /s/Spencer Sheehan
                                            Spencer Sheehan
                                            60 Cuttermill Rd Ste 409
                                            Great Neck NY 11021-3104
                                            Tel: (516) 268-7080
                                            Fax: (516) 234-7800
                                            spencer@spencersheehan.com

*So Ordered,*

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

1/10/22

## Certificate of Service

I certify that on January 7, 2022, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan